# FRAUD.

**BARLOW** *against* **ENOS.** *Franklin, 1815.*

IN an action of *fraud*, for false affirmation, in the sale of property, *science* is necessary to be stated and proved.

---

**FRAUDULENT CONVEYANCE**—See Purchaser 1, 2. Judgment 2.

---

# FREEHOLD COURT.

**MORGAN** *against* **BARRET ET AL.** *Chittenden, 1815.*

BONDS for prosecution must be given before the warrant issues to bring the body before a Freehold Court.

See Abatement 6.

---

# G.

GUARDIAN—See Abatement 4, 12.

---

# H.

# HIGH BAILIFF.

**BUCK** *against* **MARSH.** *Bennington, 1816.*

IN an action on a jail bond, the plaintiff declared on a jail bond taken and assigned by the High Bailiff, and did not alledge the cause of his (H. B.) acting as Sheriff.

On a writ of error, declaration held good; also, there was no error in this, that the writ, directed to the High Bailiff, acting as Sheriff, did not state the cause of its being so directed.